UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILE NO.:2:10-CR-36-BO-1

UNITED STATES OF AMERICA,

v.

AMENDED
**ORDER**

MICHAEL RAY NORMAN,
    Defendant.

This matter having come before the Court by motion of the Defendant through his court-

appointed counsel to continue the sentencing hearing, and for good cause shown, Defendant's

Motion to Continue is hereby GRANTED and this matter is continued to the

July 8, 2011    term of court.

SO ORDERED, this 24 day of ___June___, 2011.


TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE