UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Ray Norman**  Docket No. 2:10-CR-36-1BO

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Ray Norman, who, upon an earlier plea of guilty to Selling of a Firearm to a Felon, in violation of 18 U.S.C. §§ 922(d) and 924(a)(2), and Possession of a Sawed-Off Rifle with a Barrel Length of Less than 16 Inches, in violation of 26 U.S.C. §§ 5822, 5861(c), and 5871, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 8, 2011, to the custody of the Bureau of Prisons for a term of 120 months, to be followed by a 3 year term of supervised release. On July 20, 2016, pursuant to 18 U.S.C. § 2255 of the Federal Rules of Criminal Procedure, the defendant's sentence of imprisonment was reduced to 84 months.

Michael Ray Norman was released from custody on April 10, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 12, 2017, Norman submitted to urinalysis that tested positive for marijuana. On April 24, 2017, the undersigned probation officer confronted the defendant regarding the violation. Norman signed an admission form indicating he used marijuana on April 11, 2017.

As a sanction for the violation, the probation officer respectfully recommends the conditions of supervised release be modified to include the DROPS Program at the second use level and participation in substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Ray Norman
Docket No. 2:10-CR-36-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: May 2, 2017

### ORDER OF THE COURT

Considered and ordered this 2 day of May, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge